Rosemary KOPCHA, Petitioner,

v.

Nicholas D. SALLADINO and
Scaramuzza's Pasta,
Respondents.

Supreme Court of Pennsylvania.

Aug. 30, 2000.

### ORDER

PER CURIAM:

AND NOW, this 30th day of **AUGUST,** 2000, the Petition for Allowance of Appeal and the Petition to File an Amended and/or Supplemental Petition for Allowance of Appeal are **GRANTED,** limited to the following two issues:

1.) Whether the Superior Court erred in finding Petitioner's claim of judicial abandonment waived, especially in light of *DiMonte v. Neumann Medical Center,* 751 A.2d 205 (Pa.Super.2000); and

2.) Whether judicial abandonment warranting the grant of a new trial occurred during the trial in the instant case.

It is further ordered that the Petition to File an Amended and/or Supplemental Petition for Allowance of Appeal shall be considered an amendment to the original Petition for Allowance of Appeal, and that no further amendments or supplements to the Petition for Allowance of Appeal will be accepted.

COMMONWEALTH of Pennsylvania,
Petitioner,

v.

Derek GREEN, Respondent.

Supreme Court of Pennsylvania.

Sept. 7, 2000.

### ORDER

PER CURIAM:

AND NOW, this 7th day of September, 2000, the Commonwealth's Petition for Allowance of Appeal and "Petition to Allow Submission of Notice of Change in the Status of Authorities" are GRANTED.

It is further ordered that the decision of the Superior Court is REVERSED. *Commonwealth v. Lark,* 560 Pa. 487, 746 A.2d 585 (2000); *Commonwealth v. Rollins,* 558 Pa. 532, 738 A.2d 435 (1999).